# PD-1234-14

No._____

| | | |
|---|---|---|
| Abraham Campos, | § | In The |
| Appellant Pro se | § | Court of Criminal Appeals |
| Vs. | § | at |
| The State Of Texas | § | Austin, Texas |
| Appellee. | § | |

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 3 1 2014
Abel Acosta, Clerk

## APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME

Comes Now Abraham Campos, Appellant Pro se, And files this his First Motion For Extension Of Time and would show the Court as follows:

FILED IN
COURT OF CRIMINAL APPEALS
DEC 3 1 2014
Abel Acosta, Clerk

### I.

Appellant was convicted on April 20,1995, for the offense of Murder in Cause No.26,947-3, in the 149th District Court of Brazoria County, Texas. On January 6,2014, Appellant filed a "PRO SE REQUEST TO CONDUCT FORENSIC EVIDENCE DNA TESTING UNDER ARTICLE 64.01(a-1), TEXAS CODE OF CRIMINAL PROCEDURE." On February 6,2014, the trial court denied Appellant's motion. Appellant filed his appeal to the Court of Appeals for the First District of Texas in No. 01-14-00167-CR, and on July 9th, 2014, Appellant filed a "MOTION TO ABATE THE APPEAL." was denied.

### II.

On December 24,2014, Appellant recieved notification by mail from the Court of Appeals that Appellant's "Apeal" was denied.

Appellant has limited access to legal library to a few hours a day and limited legal knowledge, thereby slowing down Appellant's research. Appellant does not seek this extension for purposeses of delay and has been diligent in the litigation of this appeal.

### III.

Appellant seeks a sixty(60)day extension to February 18,2015 to complete the Petition For Discretionary Review (PDR) in this matter.

1

Respectfully submitted,

*Abraham Campos*

Appellant Pro se

## CERTIFICATE OF SERVICE

I, Abraham Campos, Appellant Pro se, do her3eby certify that a true and correct copy of the above and foregoing "Appellant's First Motion For Extension of Time" has been forwarded by U.S.Mail, postage prepaid, To District Attorney Jeri Yenne, at Brazoria County Courthouse, 111 E.Locust St., Ste 408-A, Angleton, Texas 77515, On this 26day of December 2014.

*Abraham Campos*

Appellant Pro se

## DECLARATION

I, Abraham Campos, declare under penalty of perjury that the above and fore-going is true and correct on this 26 day of December 2014.

/S/ Abraham Campos-TDCJ#721237
Eastham Unit
2665 Prison Rd.#1
Lovelady, Texas 75851

Appellant Pro se.

2